1  JEAN K. HYAMS, State Bar No. 144425
   jean@levyvinick.com
2  LETICIA CHAVEZ, State Bar No. 333792
   letty@levyvinick.com
3  LEVY VINICK BURRELL HYAMS LLP
   180 Grand Avenue, Suite 1300
4  Oakland, CA 94612
   Tel.: (510) 318-7700
5  Fax: (510) 318-7701

6  Attorneys for PLAINTIFF TASHA LANE

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
8      Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
9  NAMAL TANTULA, Cal. Bar No. 247373
   DIMIANA SAAD, Cal. Bar No. 347094
10 333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
11 Telephone: 213.620.1780
   Facsimile: 213.620.1398
12 Email: tkennedy@sheppardmullin.com
          namaltantula@sheppardmullin.com
13        dsaad@sheppardmullin.com

14 Attorneys for DEFENDANTS
   STATE FARM MUTUAL AUTOMOBILE
15 INSURANCE COMPANY and STATE FARM FIRE
   AND CASUALTY COMPANY
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 TASHA LANE,                          )  Case No. 22-cv-08964-AMO
                                        )
21       Plaintiff,                     )  **STIPULATION OF DISMISSAL WITH**
                                        )  **PREJUDICE PURSUANT TO F.R.C.P.**
22 vs.                                  )  **41(a)(1)(A)(ii); [proposed] ORDER**
                                        )
23 STATE FARM MUTUAL AUTOMOBILE         )
   INSURANCE COMPANY, et al.,           )
24                                      )  The Honorable Araceli Martinez-Olguín
         Defendants.                    )  San Francisco Courthouse
25 _____  )

26

27

28
                                        1

It is hereby stipulated by and between the undersigned Plaintiff and Defendants, by and through their respective attorneys, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii), Plaintiff TASHA LANE and Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY hereby stipulate to dismiss, with prejudice, all claims asserted in this action, or that could have been asserted in this action.  Each party shall bear its own attorney's fees and costs.

Dated: August 10, 2023           LEVY VINICK BURRELL HYAMS LLP

By: _____
        JEAN K. HYAMS
Attorneys for Plaintiff TASHA LANE

Dated: August 10, 2023           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Namal Tantula_____
        TRACEY A. KENNEDY
        NAMAL TANTULA
        DIMIANA SAAD
Attorneys for Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY

ORDER GRANTING
STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1(A)(ii); and

2. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: August __, 2023

_____
HON. ARACELI MARTINEZ-OLGUÍN
Judge, United States District Court for the
Northern District of California