JEAN K. HYAMS, State Bar No. 144425
jean@levyvinick.com
LETICIA CHAVEZ, State Bar No. 333792
letty@levyvinick.com
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701

Attorneys for PLAINTIFF TASHA LANE

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
NAMAL TANTULA, Cal. Bar No. 247373
DIMIANA SAAD, Cal. Bar No. 347094
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: tkennedy@sheppardmullin.com
      namaltantula@sheppardmullin.com
      dsaad@sheppardmullin.com

Attorneys for DEFENDANTS
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA LANE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 22-cv-08964-AMO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [proposed] ORDER**<br><br>The Honorable Araceli Martínez-Olguín<br>San Francisco Courthouse |

It is hereby stipulated by and between the undersigned Plaintiff and Defendants, by and through their respective attorneys, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii), Plaintiff TASHA LANE and Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY hereby stipulate to dismiss, with prejudice, all claims asserted in this action, or that could have been asserted in this action.  Each party shall bear its own attorney's fees and costs.

Dated: August 10, 2023                    LEVY VINICK BURRELL HYAMS LLP

By: _____/s/ Jean Hyams_____
         JEAN K. HYAMS
Attorneys for Plaintiff TASHA LANE

Dated: August 10, 2023                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Namal Tantula_____
         TRACEY A. KENNEDY
         NAMAL TANTULA
         DIMIANA SAAD
Attorneys for Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY

# ORDER GRANTING
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: August 11, 2023

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
Judge, United States District Court for the Northern District of California